## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### CASE NO.: 1:20-cv-22048-KMW

GEORGE ROBINSON,

      Plaintiff,

vs.

THE REALREAL, INC.,

      Defendant.

_____/

### JOINT MOTION FOR APPROVAL AND ENTRY OF CONSENT DECREE AND STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, George Robinson, and Defendant, The RealReal Inc., (the "Parties") jointly move for the Court's approval and entry of the attached Consent Decree and stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal of this action with prejudice, and as grounds therefore state as follows:

1.     This is an action under Title III of the Title III of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §§ 12181-12189 (the "ADA") wherein Plaintiff alleges that Defendant's website (the "Website") is not fully accessible to individuals with disabilities.

2.     The matters raised in Plaintiff's Complaint have been resolved pursuant to a Settlement Agreement, and in accordance with the Consent Decree appended hereto as Exhibit A.

3.     The Parties agree and submit that the attached Consent Decree is fundamentally fair, adequate, and reasonable to improve access for persons with disabilities who seek to use the Website, and otherwise meets the purposes of Title III of the ADA.  *See United States v. City of Miami*, 664 F.2d 435, 439, 441 (5th Cir. 1981) (en banc); *The Maher Law Firm, P.A. v. Newlin*, No. 6:19-cv-407-Orl-37EJK, 2020 U.S. Dist. LEXIS 13280, at *1 (M.D. Fla. Jan. 27, 2020).

4.     In accordance therewith, the Parties respectfully request that the Court review, approve, ratify, and enter the attached Consent Decree. *Id*. Additionally, the Parties request that the Court retain jurisdiction to enforce the Consent Decree. *See, e.g.*, *Mandrinan v. Miami Shores Vill.*, No. 19-22109-Civ-Scola, 2019 U.S. Dist. LEXIS 218664, at *1 (S.D. Fla. Dec. 18, 2019).

5.     The Parties also jointly stipulate, contingent upon this Court retaining such jurisdiction to enforce the Consent Decree, to the dismissal of this action with prejudice, which each party to bear its own attorneys' fees and costs in accordance with the Parties' Settlement Agreement.

WHEREFORE, the Parties respectfully request that this Court enter an Order: (i) approving and entering the Consent Decree; (ii) dismissing this action with prejudice; and (iii) granting such further relief as the Court deems just and proper.

Dated: March 8th 2021

**GARCIA-MENOCAL & PEREZ, P.L.**
4937 S.W. 74th Court
Miami, FL 33155
Telephone:  305.553.3464
Facsimile: 305.553.3031

*/s/ Anthony J. Perez*
Anthony J. Perez, Esq. (FBN 535451)
ajperez@lawgmp.com
aquezada@lawgmp.com
bvirues@lawgmp.com

Counsel for Plaintiff

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
110 SE 6th Street, Suite 2600
Fort Lauderdale, Florida 33301
Telephone: 954-728-1280
Facsimile: 954-728-1282

*/s/ Christopher T. Perré*
Jonathan A. Beckerman, Esq. (FBN 568252)
Jonathan.Beckerman@lewisbrisbois.com
Christopher T. Perré, Esq. (FBN 123902)
Christopher.Perre@lewisbrisbois.com

Counsel for Defendant