UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-22048-CIV-WILLIAMS

GEORGE ROBINSON,

    Plaintiff,

vs.

THE REALREAL, INC.,

    Defendant.

_____/

## ORDER APPROVING CONSENT DECREE

**THIS MATTER** is before the Court on the Joint Motion for Entry of Consent Decree, which contemplates a resolution of all claims involved in this case. (DE 27). The Court has carefully considered the Joint Motion and the Consent Decree. Accordingly, it is **ORDERED AND ADJUDGED** that the Joint Motion (DE 27) is **GRANTED** as follows:

1. The Court finds the substantive terms of the Consent Decree to be adequate. As such, the Joint Motion (DE 27) is **GRANTED**, and the Court **APPROVES** and **ADOPTS** the Consent Decree as modified by this Order.[1]

2. This case is **DISMISSED**. The Court retains jurisdiction for one year from the date of this Order to enforce the terms of the Consent Decree.

---

[1] The Consent Decree is modified in that the Court retains jurisdiction to enforce the Consent Decree for no more than one year from the date of this Order.

1

**DONE AND ORDERED** in chambers in Miami, Florida, this <u>8th</u> day of April, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE